UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMID MAGERRAMOV, NIKOLAI NIFTALIJEV, and VICTOR LITVINSUK,<br><br>Defendants. | 1:18-CR-00678 (JPO)<br><br>**ORDER REQUIRING ACCESS FOR DEFENDANTS TO THE METROPOLITAN CORRECTIONAL CENTER LAW LIBRARY** |

WHEREAS, at a December 13, 2019 status conference in this matter, counsel for Defendant Amid Magerramov expressed concerns about Mr. Magerramov's inability to access the law library at the Metropolitan Correctional Center ("MCC") in New York, New York, where he is currently housed and will be throughout the pre-trial proceedings in this matter;

WHEREAS, on January 23, 2020, the Court held a further status conference in this matter and at that conference, counsel for Mr. Magerramov and Defendants Nikolai Niftalijev and Victor Litvinsuk informed the Court that Mr. Magerramov, Mr. Niftalijev, and Mr. Litvinsuk, all of whom are housed at the MCC, had not been permitted to visit the MCC law library since their last appearance before the Court on December 13, 2019;

WHEREAS, the discovery in this matter is voluminous and includes numerous audio and audio-visual files that cannot be reviewed in hard copy, many of which involve foreign languages that defense counsel (and defendants) do not speak or understand; and

WHEREAS, Defendants require adequate time to review this discovery and assist in their own defense in advance of the September 14, 2020 trial date set in this matter;

It is hereby **ORDERED** that:

1. The Bureau of Prisons shall permit Mr. Magerramov, Mr. Niftalijev, and Mr. Litvinsuk a minimum of **three hours** of access per week to the electronic equipment necessary to review all of the discovery in this case in either (1) the MCC law library or (2) the MCC legal visiting area, during non-visiting hours.

IT IS SO ORDERED.

DATED:  February 5, 2020

_____
J. PAUL OETKEN
United States District Judge