

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Amid Magerramov*, 18 Cr. 678 (JPO)

Dear Judge Oetken:

    As discussed with Your Honor's deputy, the conference in the above referenced matter previously scheduled for October 21, 2020, was adjourned to November 2, 2020. The Government requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date through November 2, 2020. The requested exclusion will, among other things, facilitate the discussion of potential pretrial dispositions and allow the parties to prepare for trial. Counsel for Amid Magerramov consents to this request.

> Granted.  The conference as to defendant Magerramov is adjourned to November 2, 2020, at 12:00 pm.  The Court hereby excludes time through November 2, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   October 22, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Kyle A. Wirshba / George D. Turner
Assistant United States Attorneys
(212) 637-2493 / 1034

_____
J. PAUL OETKEN
United States District Judge