UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :
                                      :   CONSENT ORDER OF
          - v. -                      :   FORFEITURE/
                                      :   MONEY JUDGMENT
AMID MAGERRAMOV,                      :
                                      :   18 Cr. 678 (JPO)
          Defendant.                  :
                                      :
------------------------------------- x

WHEREAS, on or about September 24, 2018, AMID MAGERRAMOV (the "Defendant") was charged in Indictment 18 Cr. 678 (JPO) (the "Indictment") with, among other offenses, narcotics importation conspiracy, in violation of Title 21, United States Code, Section 959 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained;

WHEREAS, on or about May 4, 2021, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $38,500.00 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the Defendant personally obtained[1]; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys George D. Turner and Kyle A. Wirshba, of counsel, and the Defendant, and his counsel, Jeffrey Chabrowe, Esq., that:

1. As a result of the offenses charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $38,500.00 in United States currency (the "Money Judgment"), representing the amount of proceeds the defendant obtained as a result of the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, AMID MAGERRAMOV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and

---

[1] This sum represents a conversion of 35,000 Euros to dollars at an exchange rate of 1.1 USD per Euro, the approximate exchange rate in July 2018 when the Defendant received the funds constituting the proceeds from the offense charged in Court One.

delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          11/5/21
George D. Turner / Kyle A. Wirshba            DATE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2562 / 2493


AMID MAGERRAMOV

By: _____          11/5/21
AMID MAGERRAMOV                               DATE

By: _____          11/5/21
Jeffrey Chabrowe, Esq.                        DATE


SO ORDERED:

_____          11/5/21
HONORABLE J. PAUL OETKEN                 DATE
UNITED STATES DISTRICT JUDGE